Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Martha Esquivel, et al., <br><br> Defendants. | CASE NO. CV 10-2518 FCD EFB <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARTHA ESQUIVEL and SEBASTIAN ESQUIVEL, individually and d/b/a BUFFALO'S PIZZA |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants MARTHA ESQUIVEL and SEBASTIAN ESQUIVEL, individually and d/b/a BUFFALO'S PIZZA, that the above-entitled action is hereby dismissed **without prejudice** against MARTHA ESQUIVEL and SEBASTIAN ESQUIVEL, individually and d/b/a BUFFALO'S PIZZA and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 1, 2011, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 20, 2010          *s/ Thomas P. Riley*
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By:  Thomas P. Riley
                                 Attorneys for Plaintiff
                                 J & J SPORTS PRODUCTIONS, INC.


Dated:                           */s/ Martha Esquivel*
                                 **MARTHA ESQUIVEL**
                                 individually and
                                 d/b/a BUFFALO'S PIZZA


Dated:                           *s/ Sebastian Esquivel*
                                 **SEBASTIAN ESQUIVEL**
                                 individually and
                                 d/b/a BUFFALO'S PIZZA

**IT IS SO ORDERED**:

**Dated:  December 3, 2010**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**CV 10-WDK FMO**
**PAGE 2**